# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2010

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Lynn, Barbara M. | U.S.D.C.-No. District of Texas | 07/26/2011 |

**4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)

Active Federal Judge

**5a. Report Type (check appropriate type)**

- [ ] Nomination, Date
- [ ] Initial
- [✓] Annual
- [ ] Final

**5b.** [ ] Amended Report

**6. Reporting Period**

01/01/2010
to
12/31/2010

**7. Chambers or Office Address**

1100 Commerce St., Room 1572
Dallas, TX 75242

**8.** On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.

Reviewing Officer_____ Date_____

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

[ ] NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member | Executive Board, Southern Methodist University Dedman School of Law |
| 2. | Board Member | International Womens Forum - Dallas |
| 3. | Trustee | Trust #1 (Dallas, Texas)(Income and Principal Beneficiary) |
| 4. | Trustee | Liquidity Trust (Dallas, Texas)(Income and Principal Beneficiary) |
| 5. | Co-Trustee | Trust (Dallas, Texas)(Income and Principal Beneficiary) |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

[✓] NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

**Lynn, Barbara M.**

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2010 | ▓▓▓▓ Lynn P.C. |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | ABA | January 14-16, 2010 | New Orleans, LA | Litigation Winter Meeting | Transportation, meals, hotel |
| 2. | ABA | February 3-7, 2010 | Orlando, FL | Midyear Meeting | Transportation, meals, hotel |
| 3. | ABA | April 29-30, 2010 | Philadelphia, PA | Panelist, Commission on Women in Profession 2010 Women In Law Academy | Transportation, meals, hotel |
| 4. | ABA | June 16-19, 2010 | Whistler, Canada | Litigation Spring Leadership Meeting | Transportation, meals, hotel |
| 5. | ABA | August 4-9, 2010 | San Francsico, CA | Annual Meeting | Transportation, meals, hotel |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Lynn, Barbara M. | 07/26/2011 |

| | | | | | |
|---|---|---|---|---|---|
| 6. | National Association of Criminal Defense Lawyers | September 29-30, 2010 | New York, NY | Panelist, NACDL White Collar Conference | Transportation, meals, hotel |
| 7. | ABA | September 30- October 2, 2010 | Chicago, IL | Litigation Fall Leadership Meeting | Transportation, meals, hotel |
| 8. | University of Texas at Austin | October 28-29, 2010 | Austin, TX | Speaker, 2010 Advanced Patent Law Institute | Transportation, meals, hotel |
| 9. | The Aspen Institute | November 4-7, 2010 | Queenstown, MD | Aspen Institute Seminar | Transportation, meals, hotel |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M. | 07/26/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M. | 07/26/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | Schwab & Vanguard Account #1 (includes 2- 13) | | | | | | | | | |
| 2. | -Vanguard Ext. Mkt Idx Adm | B | Dividend | M | T | | | | | |
| 3. | -Vanguard Int Term TE Adm | | | | | Redeemed | 01/25/10 | J | A | |
| 4. | -Vanguard Int Term TE Adm | | | | | Buy | 01/27/10 | L | | |
| 5. | -Vanguard Int Term TE Adm | | | | | Buy | 04/22/10 | L | | |
| 6. | -Vanguard Int Term TE Adm | | | | | Redeemed | 04/26/10 | J | A | |
| 7. | -Vanguard Int Term TE Adm | | | | | Redeemed | 07/26/10 | J | A | |
| 8. | -Vanguard Int Term TE Adm | E | Dividend | P1 | T | Redeemed | 10/25/10 | J | A | |
| 9. | -Vanguard 500 Idx Adm | D | Dividend | O | T | | | | | |
| 10. | -Vanguard Tax Managed Cap Ap Adm | D | Dividend | O | T | | | | | |
| 11. | -Vanguard Tlt Int Index Inv | D | Dividend | O | T | | | | | |
| 12. | -Vanguard Tlt Stk Ix Adm | E | Dividend | P1 | T | | | | | |
| 13. | -Vanguard Tax Exempt Money Mkt | A | Dividend | J | T | Buy | 12/28/10 | J | | |
| 14. | Vanguard Account #2 (includes 15-19) | | | | | | | | | |
| 15. | -Vanguard Int Tax Ex Adm | D | Dividend | N | T | Buy | 04/22/10 | L | | |
| 16. | -Vanguard Ltd-Term Tax-Exempt Adm | C | Dividend | M | T | Buy | 01/19/10 | L | | |
| 17. | -Vanguard Ttl Stk Mkt Idx Adm | C | Dividend | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M. | 07/26/2011 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Vanguard Tax Exempt Money Mkt Fund | | | | | Buy | 01/15/10 | K | | |
| 19. -Vanguard Tax Exempt Money Mkt Fund | A | Dividend | L | T | Buy | 12/28/10 | J | | |
| 20. Schwab & Vanguard Account #3 (includes 21) | | | | | | | | | |
| 21. -Vanguard Tax Ex MM | A | Dividend | M | T | | | | | |
| 22. Schwab & Vanguard IRA Rollover #1 (includes 23-25) | | | | | | | | | |
| 23. -Vanguard Int Inv Grade Adm | E | Dividend | N | T | | | | | |
| 24. -Vanguard Tlt Bnd Mkt Idx Adm | E | Dividend | O | T | | | | | |
| 25. -Vanguard ST Inv Grade Adm | D | Dividend | N | T | | | | | |
| 26. Schwab & Vanguard IRA #1 (includes 27) | | | | | | | | | |
| 27. -Vanguard Total Bd Mkt Idx Inv | B | Dividend | | | Sold | 10/07/10 | L | A | |
| 28. Trust #1 (includes 29-37) | | | | | | | | | |
| 29. -Vanguard Int Term TE Adm | | | | | Buy | 03/22/10 | M | | |
| 30. -Vanguard Int Term TE Adm | C | Dividend | M | T | Buy | 12/27/10 | J | | |
| 31. -Vanguard Tlt Int Index | | | | | Buy | 03/22/10 | K | | |
| 32. -Vanguard Tlt Int Index | A | Dividend | K | T | Buy | 04/29/10 | J | | |
| 33. -Vanguard Tlt Stk Ix Inv | | | | | Sold | 03/22/10 | K | | |
| 34. -Vanguard Tlt Stk Ix Adm | | | | | Buy | 03/22/10 | K | | |

1. Income Gain Codes:     A =$1,000 or less     B =$1,001 - $2,500     C =$2,501 - $5,000     D =$5,001 - $15,000     E =$15,001 - $50,000
(See Columns B1 and D4)     F =$50,001 - $100,000     G =$100,001 - $1,000,000     H1 =$1,000,001 - $5,000,000     H2 =More than $5,000,000
2. Value Codes     J =$15,000 or less     K =$15,001 - $50,000     L =$50,001 - $100,000     M =$100,001 - $250,000
(See Columns C1 and D3)     N =$250,001 - $500,000     O =$500,001 - $1,000,000     P1 =$1,000,001 - $5,000,000     P2 =$5,000,001 - $25,000,000
     P3 =$25,000,001 - $50,000,000     P4 =More than $50,000,000
3. Value Method Codes     Q =Appraisal     R =Cost (Real Estate Only)     S =Assessment     T =Cash Market
(See Column C2)     U =Book Value     V =Other     W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M. | 07/26/2011 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Vanguard Tlt Stk Ix Adm | C | Dividend | M | T | Buy | 03/22/10 | L | | |
| 36. -Vanguard Prime Money Market | A | Dividend | | | Sold | 03/22/10 | M | | |
| 37. -Pioneer Natural Resources | A | Dividend | J | T | | | | | |
| 38. Trust #2 (includes 39-44) | | | | | | | | | |
| 39. -Vanguard Tlt Intl Stk Ix Adm | B | Dividend | M | T | | | | | |
| 40. -Vanguard Tlt Stk Ix Adm | | | | | Redeemed | 04/09/10 | J | A | |
| 41. -Vanguard Tlt Stk Ix Adm | | | | | Buy | 04/29/10 | J | | |
| 42. -Vanguard Tlt Stk Ix Adm | | | | | Buy | 08/30/10 | J | | |
| 43. -Vanguard Tlt Stk Ix Adm | D | Dividend | N | T | Buy | 12/27/10 | J | | |
| 44. -Pioneer Natural Resources | A | Dividend | J | T | | | | | |
| 45. Vanguard Trust #3 (includes 46-53) | | | | | | | | | |
| 46. -Vanguard Prime Money Mkt Fund | | | | | Redeemed | 01/06/10 | K | A | |
| 47. -Vanguard Prime Money Mkt Fund | A | Dividend | K | T | Buy | 05/04/10 | J | | |
| 48. -Vanguard Int. Tax Ex Inv | B | Dividend | | | Sold | 10/06/10 | L | A | |
| 49. -Vanguard Int. Tax Ex Adm | A | Dividend | L | T | Buy | 10/06/10 | L | | |
| 50. -Vanguard Tlt Int Inv | | | | | Sold | 11/29/10 | K | A | |
| 51. -Vanguard Tlt Int Adm | A | Dividend | K | T | Buy | 11/29/10 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M. | 07/26/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Vanguard Tlt Stk Ix Inv | A | Dividend | | | Sold | 10/06/10 | L | A | |
| 53. -Vanguard Tlt Stk Ix Adm | A | Dividend | L | T | Buy | 10/06/10 | L | | |
| 54. Vanguard Trust #4 (includes 55-63) | | | | | | | | | |
| 55. -Vanguard Prime Money Mkt Fund | | | | | Redeemed | 08/04/10 | J | A | |
| 56. -Vanguard Prime Money Mkt Fund | | | | | Redeemed | 09/17/10 | J | A | |
| 57. -Vanguard Prime Money Mkt Fund | A | Dividend | | | Redeemed | 09/30/10 | J | A | |
| 58. -Vanguard Int. Tax Ex Inv | B | Dividend | | | Sold | 10/06/10 | L | A | |
| 59. -Vanguard Int Tax Ex Adm | A | Dividend | L | T | Buy | 10/06/10 | L | | |
| 60. -Vanguard Int'l Stk Inv | | | | | Sold | 11/29/10 | K | A | |
| 61. -Vanguard Int'l Stk Adm | A | Dividend | K | T | Buy | 11/29/10 | K | | |
| 62. -Vanguard Tlk Stk Ix Inv | B | Dividend | | | Sold | 10/06/10 | L | | |
| 63. -Vanguard Tlt Stk Ix Adm | A | Dividend | M | T | Buy | 10/06/10 | L | | |
| 64. Schwab & Vanguard SEP IRA #1 (includes 65) | | | | | | | | | |
| 65. -Vanguard Tlt Bnd Mkt Idx Inv | B | Dividend | | | Sold | 10/07/10 | L | | |
| 66. Schwab & Vanguard IRA Rollover #2 (includes 67-69) | | | | | | | | | |
| 67. -Vanguard Int Inv Grade Adm | E | Dividend | N | T | | | | | |
| 68. -Vanguard Tlt Bd Mkt Idx Adm | E | Dividend | O | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50.001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000.000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000.000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M. | 07/26/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.  -Vanguard ST Inv Grd Adm | D | Dividend | M | T | | | | | |
| 70.  Schwab & Vanguard IRA #2 (includes 71-72) | | | | | | | | | |
| 71.  -Vanguard Tlt Bnd Mkt Idx Inv | B | Dividend | | | Sold | 10/07/10 | L | | |
| 72.  -Vanguard Tlt Bnd Mkt Idx Inv | | | | | Buy | 10/07/10 | L | | |
| 73.  Vanguard Trust #1 (includes 74-98) | | | | | | | | | |
| 74.  -GM Accep Corp | A | Interest | J | T | | | | | |
| 75.  -Gateway Fund Class A | A | Dividend | K | T | | | | | |
| 76.  -Vanguard LifeStrat Conserv Growth | A | Dividend | K | T | Buy | 03/22/10 | K | | |
| 77.  -ING Prime Rate TR | A | Dividend | J | T | | | | | |
| 78.  -Vanguard Tax Ex MM | | | | | Buy | 01/13/10 | J | | |
| 79.  -Vanguard Tax Ex MM | | | | | Buy | 02/23/10 | J | | |
| 80.  -Vanguard Tax Ex MM | | | | | Buy | 03/22/10 | J | | |
| 81.  -Vanguard Tax Ex MM | | | | | Sold | 03/22/10 | K | A | |
| 82.  -Vanguard Tax Ex MM | | | | | Buy | 03/29/10 | J | | |
| 83.  -Vanguard Tax Ex MM | | | | | Buy | 04/12/10 | J | | |
| 84.  -Vanguard Tax Ex MM | | | | | Buy | 04/22/10 | J | | |
| 85.  -Vanguard Tax Ex MM | | | | | Buy | 05/24/10 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Vanguard Tax Ex MM | | | | | Buy | 06/01/10 | J | | |
| 87. -Vanguard Tax Ex MM | | | | | Buy | 06/22/10 | J | | |
| 88. -Vanguard Tax Ex MM | | | | | Buy | 06/28/10 | J | | |
| 89. -Vanguard Tax Ex MM | | | | | Buy | 07/07/10 | J | | |
| 90. -Vanguard Tax Ex MM | | | | | Buy | 07/22/10 | J | | |
| 91. -Vanguard Tax Ex MM | | | | | Buy | 08/23/10 | J | | |
| 92. -Vanguard Tax Ex MM | | | | | Buy | 09/22/10 | J | | |
| 93. -Vanguard Tax Ex MM | | | | | Buy | 09/27/10 | J | | |
| 94. -Vanguard Tax Ex MM | | | | | Buy | 10/22/10 | J | | |
| 95. -Vanguard Tax Ex MM | | | | | Buy | 11/22/10 | J | | |
| 96. -Vanguard Tax Ex MM | | | | | Buy | 12/01/10 | J | | |
| 97. -Vanguard Tax Ex MM | | | | | Buy | 12/22/10 | J | | |
| 98. -Vanguard Tax Ex MM | A | Dividend | J | T | Buy | 12/23/10 | J | | |
| 99. Vanguard Trust #2 (includes 100-124) | | | | | | | | | |
| 100. -GM Accep Corp | A | Interest | J | T | | | | | |
| 101. -Gateway Fund Class A | A | Dividend | K | T | | | | | |
| 102. -ING Prime Rate TR | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Lynn, Barbara M. | 07/26/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 103. -Vanguard LifeStrat Mod Growth | A | Dividend | K | T | Buy | 03/22/10 | K | | |
| 104. -Vanguard Tax Ex MM | | | | | Buy | 01/13/10 | J | | |
| 105. -Vanguard Tax Ex MM | | | | | Buy | 02/23/10 | J | | |
| 106. -Vanguard Tax Ex MM | | | | | Buy | 03/22/10 | J | | |
| 107. -Vanguard Tax Ex MM | | | | | Sold | 03/22/10 | J | A | |
| 108. -Vanguard Tax Ex MM | | | | | Buy | 03/29/10 | J | | |
| 109. -Vanguard Tax Ex MM | | | | | Buy | 04/12/10 | J | | |
| 110. -Vanguard Tax Ex MM | | | | | Buy | 04/22/10 | J | | |
| 111. -Vanguard Tax Ex MM | | | | | Buy | 05/24/10 | J | | |
| 112. -Vanguard Tax Ex MM | | | | | Buy | 06/01/10 | J | | |
| 113. -Vanguard Tax Ex MM | | | | | Buy | 06/22/10 | J | | |
| 114. -Vanguard Tax Ex MM | | | | | Buy | 06/28/10 | J | | |
| 115. -Vanguard Tax Ex MM | | | | | Buy | 07/07/10 | J | | |
| 116. -Vanguard Tax Ex MM | | | | | Buy | 07/22/10 | J | | |
| 117. -Vanguard Tax Ex MM | | | | | Buy | 08/23/10 | J | | |
| 118. -Vanguard Tax Ex MM | | | | | Buy | 09/22/10 | J | | |
| 119. -Vanguard Tax Ex MM | | | | | Buy | 09/27/10 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M. | 07/26/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 120. -Vanguard Tax Ex MM | | | | | Buy | 10/22/10 | J | | |
| 121. -Vanguard Tax Ex MM | | | | | Buy | 11/22/10 | J | | |
| 122. -Vanguard Tax Ex MM | | | | | Buy | 12/01/10 | J | | |
| 123. -Vanguard Tax ex << | | | | | Buy | 12/22/10 | J | | |
| 124. -Vanguard Tax Ex MM | A | Dividend | K | T | Buy | 12/23/10 | J | | |
| 125. Investments Ltd (includes 126-132) | | | | | | | | | |
| 126. -Vanguard 500 Idx Inv | E | Dividend | O | T | | | | | |
| 127. -Vanguard Tax Managed Cap Appreciation Adm | E | Dividend | P1 | T | | | | | |
| 128. -Vanguard Tlt Int Index | | | | | Sold | 11/29/10 | O | A | |
| 129. -Vanguard Tlt Int Index Adm | D | Dividend | O | T | Buy | 11/29/10 | O | | |
| 130. -Vanguard Ltd Term Tax Ex Adm | E | Dividend | P1 | T | | | | | |
| 131. -Vanguard Ext Mkt Idx Adm | C | Dividend | N | T | | | | | |
| 132. -Vanguard Total Stk Idx Adm | D | Dividend | O | T | | | | | |
| 133. Management Ltd (includes 134) | | | | | | | | | |
| 134. -Prime Money Market | A | Dividend | J | T | | | | | |
| 135. 401k-Fidelity | | None | O | T | | | | | |
| 136. Lexington Corp. Properties Trust (REIT) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M. | 07/26/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. JP Morgan Chase | A | Interest | J | T | | | | | |
| 138. Comerica | A | Interest | O | T | | | | | |

| 1. Income Gain Codes: (See Columns B 1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C 1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M. | 07/26/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

This year we had a very significant number of transactions. I relied on our financial advisor in the implementation, accounting and recording of these transactions.

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M. | 07/26/2011 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Barbara M. Lynn**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

AO 10
Rev. 1/2011

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2010

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>Lynn, Barbara M. | 2. Court or Organization<br><br>U.S.D.C.-No. District of Texas | 3. Date of Report<br><br>09/21/2011 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Active Federal Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2010<br>to<br>12/31/2010 |
| 7. Chambers or Office Address<br><br>1100 Commerce St., Room 1572<br>Dallas, TX 75242 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member | Executive Board, Southern Methodist University Dedman School of Law |
| 2. | Board Member | International Womens Forum - Dallas |
| 3. | Trustee | Trust #1 (Dallas, Texas)(Income and Principal Beneficiary) |
| 4. | Trustee | Liquidity Trust (Dallas, Texas)(Income and Principal Beneficiary) |
| 5. | Co-Trustee | Trust (Dallas, Texas)(Income and Principal Beneficiary) |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

**Lynn, Barbara M. A**

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2010 | Michael P. Lynn P.C. |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *— transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | ABA | January 14-16, 2010 | New Orleans, LA | Litigation Winter Meeting | Transportation, meals, hotel |
| 2. | ABA | February 3-7, 2010 | Orlando, FL | Midyear Meeting | Transportation, meals, hotel |
| 3. | ABA | April 29-30, 2010 | Philadelphia, PA | Panelist, Commission on Women in Profession 2010 Women In Law Academy | Transportation, meals, hotel |
| 4. | ABA | June 16-19, 2010 | Whistler, Canada | Litigation Spring Leadership Meeting | Transportation, meals, hotel |
| 5. | ABA | August 4-9, 2010 | San Francsico, CA | Annual Meeting | Transportation, meals, hotel |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M. | 09/21/2011 |

| 6. | National Association of Criminal Defense Lawyers | September 29-30, 2010 | New York, NY | Panelist, NACDL White Collar Conference | Transportation, meals, hotel |
|---|---|---|---|---|---|
| 7. | ABA | September 30-October 2, 2010 | Chicago, IL | Litigation Fall Leadership Meeting | Transportation, meals, hotel |
| 8. | University of Texas at Austin | October 28-29, 2010 | Austin, TX | Speaker, 2010 Advanced Patent Law Institute | Transportation, meals, hotel |
| 9. | The Aspen Institute | November 4-7, 2010 | Queenstown, MD | Aspen Institute Seminar | Transportation, meals, hotel |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M. | 09/21/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M. | 09/21/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Schwab & Vanguard Account #1 (includes 2-13) | | | | | | | | | |
| 2. -Vanguard Ext. Mkt Idx Adm | B | Dividend | M | T | | | | | |
| 3. -Vanguard Int Term TE Adm | | | | | Redeemed | 01/25/10 | J | A | |
| 4. -Vanguard Int Term TE Adm | | | | | Buy | 01/27/10 | L | | |
| 5. -Vanguard Int Term TE Adm | | | | | Buy | 04/22/10 | L | | |
| 6. -Vanguard Int Term TE Adm | | | | | Redeemed | 04/26/10 | J | A | |
| 7. -Vanguard Int Term TE Adm | | | | | Redeemed | 07/26/10 | J | A | |
| 8. -Vanguard Int Term TE Adm | E | Dividend | P1 | T | Redeemed | 10/25/10 | J | A | |
| 9. -Vanguard 500 Idx Adm | D | Dividend | O | T | | | | | |
| 10. -Vanguard Tax Managed Cap Ap Adm | D | Dividend | O | T | | | | | |
| 11. -Vanguard Tlt Int Index Inv | D | Dividend | O | T | | | | | |
| 12. -Vanguard Tlt Stk Ix Adm | E | Dividend | P1 | T | | | | | |
| 13. -Vanguard Tax Exempt Money Mkt | A | Dividend | J | T | Buy | 12/28/10 | J | | |
| 14. Vanguard Account #2 (includes 15-19) | | | | | | | | | |
| 15. -Vanguard Int Tax Ex Adm | D | Dividend | N | T | Buy | 04/22/10 | L | | |
| 16. -Vanguard Ltd-Term Tax-Exempt Adm | C | Dividend | M | T | Buy | 01/19/10 | L | | |
| 17. -Vanguard Ttl Stk Mkt Idx Adm | C | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. -Vanguard Tax Exempt Money Mkt Fund | | | | | Buy | 01/15/10 | K | | |
| 19. -Vanguard Tax Exempt Money Mkt Fund | A | Dividend | L | T | Buy | 12/28/10 | J | | |
| 20. Schwab & Vanguard Account #3 (includes 21) | | | | | | | | | |
| 21. -Vanguard Tax Ex MM | A | Dividend | M | T | | | | | |
| 22. Schwab & Vanguard IRA Rollover #1 (includes 23-25) | | | | | | | | | |
| 23. -Vanguard Int Inv Grade Adm | E | Dividend | N | T | | | | | |
| 24. -Vanguard Tlt Bnd Mkt Idx Adm | E | Dividend | O | T | | | | | |
| 25. -Vanguard ST Inv Grade Adm | D | Dividend | N | T | | | | | |
| 26. Schwab & Vanguard IRA #1 (includes 27) | | | | | | | | | |
| 27. -Vanguard Total Bd Mkt Idx Inv | B | Dividend | | | Sold | 10/07/10 | L | A | |
| 28. Trust #1 (includes 29-37) | | | | | | | | | |
| 29. -Vanguard Int Term TE Adm | | | | | Buy | 03/22/10 | M | | |
| 30. -Vanguard Int Term TE Adm | C | Dividend | M | T | Buy | 12/27/10 | J | | |
| 31. -Vanguard Tlt Int Index | | | | | Buy | 03/22/10 | K | | |
| 32. -Vanguard Tlt Int Index | A | Dividend | K | T | Buy | 04/29/10 | J | | |
| 33. -Vanguard Tlt Stk Ix Inv | | | | | Sold | 03/22/10 | K | | |
| 34. -Vanguard Tlt Stk Ix Adm | | | | | Buy | 03/22/10 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M. | 09/21/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. -Vanguard Tlt Stk Ix Adm | C | Dividend | M | T | Buy | 03/22/10 | L | | |
| 36. -Vanguard Prime Money Market | A | Dividend | | | Sold | 03/22/10 | M | | |
| 37. -Pioneer Natural Resources | A | Dividend | J | T | | | | | |
| 38. Trust #2 (includes 39-44) | | | | | | | | | |
| 39. -Vanguard Tlt Intl Stk Ix Adm | B | Dividend | M | T | | | | | |
| 40. -Vanguard Tlt Stk Ix Adm | | | | | Redeemed | 04/09/10 | J | A | |
| 41. -Vanguard Tlt Stk Ix Adm | | | | | Buy | 04/29/10 | J | | |
| 42. -Vanguard Tlt Stk Ix Adm | | | | | Buy | 08/30/10 | J | | |
| 43. -Vanguard Tlt Stk Ix Adm | D | Dividend | N | T | Buy | 12/27/10 | J | | |
| 44. -Pioneer Natural Resources | A | Dividend | J | T | | | | | |
| 45. Vanguard Trust #3 (includes 46-53) | | | | | | | | | |
| 46. -Vanguard Prime Money Mkt Fund | | | | | Redeemed | 01/06/10 | K | A | |
| 47. -Vanguard Prime Money Mkt Fund | A | Dividend | K | T | Buy | 05/04/10 | J | | |
| 48. -Vanguard Int. Tax Ex Inv | B | Dividend | | | Sold | 10/06/10 | L | A | |
| 49. -Vanguard Int. Tax Ex Adm | A | Dividend | L | T | Buy | 10/06/10 | L | | |
| 50. -Vanguard Tlt Int Inv | | | | | Sold | 11/29/10 | K | A | |
| 51. -Vanguard Tlt Int Adm | A | Dividend | K | T | Buy | 11/29/10 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M. | 09/21/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | -Vanguard Tlt Stk Ix Inv | A | Dividend | | | Sold | 10/06/10 | L | A | |
| 53. | -Vanguard Tlt Stk Ix Adm | A | Dividend | L | T | Buy | 10/06/10 | L | | |
| 54. | Vanguard Trust #4 (includes 55-63) | | | | | | | | | |
| 55. | -Vanguard Prime Money Mkt Fund | | | | | Redeemed | 08/04/10 | J | A | |
| 56. | -Vanguard Prime Money Mkt Fund | | | | | Redeemed | 09/17/10 | J | A | |
| 57. | -Vanguard Prime Money Mkt Fund | A | Dividend | | | Redeemed | 09/30/10 | J | A | |
| 58. | -Vanguard Int. Tax Ex Inv | B | Dividend | | | Sold | 10/06/10 | L | A | |
| 59. | -Vanguard Int Tax Ex Adm | A | Dividend | L | T | Buy | 10/06/10 | L | | |
| 60. | -Vanguard Int'l Stk Inv | | | | | Sold | 11/29/10 | K | A | |
| 61. | -Vanguard Int'l Stk Adm | A | Dividend | K | T | Buy | 11/29/10 | K | | |
| 62. | -Vanguard Tlk Stk Ix Inv | B | Dividend | | | Sold | 10/06/10 | L | | |
| 63. | -Vanguard Tlt Stk Ix Adm | A | Dividend | M | T | Buy | 10/06/10 | L | | |
| 64. | Schwab & Vanguard SEP IRA #1 (includes 65) | | | | | | | | | |
| 65. | -Vanguard Tlt Bnd Mkt Idx Inv | B | Dividend | | | Sold | 10/07/10 | L | | |
| 66. | Schwab & Vanguard IRA Rollover #2 (includes 67-69) | | | | | | | | | |
| 67. | -Vanguard Int Inv Grade Adm | E | Dividend | N | T | | | | | |
| 68. | -Vanguard Tlt Bd Mkt Idx Adm | E | Dividend | O | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M. | 09/21/2011 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Vanguard ST Inv Grd Adm | D | Dividend | M | T | | | | | |
| 70. Schwab & Vanguard IRA #2 (includes 71-72) | | | | | | | | | |
| 71. -Vanguard Tlt Bnd Mkt Idx Inv | B | Dividend | | | Sold | 10/07/10 | L | | |
| 72. -Vanguard Tlt Bnd Mkt Idx Inv | | | | | Buy | 10/07/10 | L | | |
| 73. Vanguard Trust #1 (includes 74-98) | | | | | | | | | |
| 74. -GM Accep Corp | A | Interest | J | T | | | | | |
| 75. -Gateway Fund Class A | A | Dividend | K | T | | | | | |
| 76. -Vanguard LifeStrat Conserv Growth | A | Dividend | K | T | Buy | 03/22/10 | K | | |
| 77. -ING Prime Rate TR | A | Dividend | J | T | | | | | |
| 78. -Vanguard Tax Ex MM | | | | | Buy | 01/13/10 | J | | |
| 79. -Vanguard Tax Ex MM | | | | | Buy | 02/23/10 | J | | |
| 80. -Vanguard Tax Ex MM | | | | | Buy | 03/22/10 | J | | |
| 81. -Vanguard Tax Ex MM | | | | | Sold | 03/22/10 | K | A | |
| 82. -Vanguard Tax Ex MM | | | | | Buy | 03/29/10 | J | | |
| 83. -Vanguard Tax Ex MM | | | | | Buy | 04/12/10 | J | | |
| 84. -Vanguard Tax Ex MM | | | | | Buy | 04/22/10 | J | | |
| 85. -Vanguard Tax Ex MM | | | | | Buy | 05/24/10 | J | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
   (See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
   (See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
   (See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M. | 09/21/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. -Vanguard Tax Ex MM | | | | | Buy | 06/01/10 | J | | |
| 87. -Vanguard Tax Ex MM | | | | | Buy | 06/22/10 | J | | |
| 88. -Vanguard Tax Ex MM | | | | | Buy | 06/28/10 | J | | |
| 89. -Vanguard Tax Ex MM | | | | | Buy | 07/07/10 | J | | |
| 90. -Vanguard Tax Ex MM | | | | | Buy | 07/22/10 | J | | |
| 91. -Vanguard Tax Ex MM | | | | | Buy | 08/23/10 | J | | |
| 92. -Vanguard Tax Ex MM | | | | | Buy | 09/22/10 | J | | |
| 93. -Vanguard Tax Ex MM | | | | | Buy | 09/27/10 | J | | |
| 94. -Vanguard Tax Ex MM | | | | | Buy | 10/22/10 | J | | |
| 95. -Vanguard Tax Ex MM | | | | | Buy | 11/22/10 | J | | |
| 96. -Vanguard Tax Ex MM | | | | | Buy | 12/01/10 | J | | |
| 97. -Vanguard Tax Ex MM | | | | | Buy | 12/22/10 | J | | |
| 98. -Vanguard Tax Ex MM | A | Dividend | J | T | Buy | 12/23/10 | J | | |
| 99. Vanguard Trust #2 (includes 100-124) | | | | | | | | | |
| 100. -GM Accep Corp | A | Interest | J | T | | | | | |
| 101. -Gateway Fund Class A | A | Dividend | K | T | | | | | |
| 102. -ING Prime Rate TR | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M. | 09/21/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. -Vanguard LifeStrat Mod Growth | A | Dividend | K | T | Buy | 03/22/10 | K | | |
| 104. -Vanguard Tax Ex MM | | | | | Buy | 01/13/10 | J | | |
| 105. -Vanguard Tax Ex MM | | | | | Buy | 02/23/10 | J | | |
| 106. -Vanguard Tax Ex MM | | | | | Buy | 03/22/10 | J | | |
| 107. -Vanguard Tax Ex MM | | | | | Sold | 03/22/10 | J | A | |
| 108. -Vanguard Tax Ex MM | | | | | Buy | 03/29/10 | J | | |
| 109. -Vanguard Tax Ex MM | | | | | Buy | 04/12/10 | J | | |
| 110. -Vanguard Tax Ex MM | | | | | Buy | 04/22/10 | J | | |
| 111. -Vanguard Tax Ex MM | | | | | Buy | 05/24/10 | J | | |
| 112. -Vanguard Tax Ex MM | | | | | Buy | 06/01/10 | J | | |
| 113. -Vanguard Tax Ex MM | | | | | Buy | 06/22/10 | J | | |
| 114. -Vanguard Tax Ex MM | | | | | Buy | 06/28/10 | J | | |
| 115. -Vanguard Tax Ex MM | | | | | Buy | 07/07/10 | J | | |
| 116. -Vanguard Tax Ex MM | | | | | Buy | 07/22/10 | J | | |
| 117. -Vanguard Tax Ex MM | | | | | Buy | 08/23/10 | J | | |
| 118. -Vanguard Tax Ex MM | | | | | Buy | 09/22/10 | J | | |
| 119. -Vanguard Tax Ex MM | | | | | Buy | 09/27/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M. | 09/21/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  -Vanguard Tax Ex MM | | | | | Buy | 10/22/10 | J | | |
| 121.  -Vanguard Tax Ex MM | | | | | Buy | 11/22/10 | J | | |
| 122.  -Vanguard Tax Ex MM | | | | | Buy | 12/01/10 | J | | |
| 123.  -Vanguard Tax ex << | | | | | Buy | 12/22/10 | J | | |
| 124.  -Vanguard Tax Ex MM | A | Dividend | K | T | Buy | 12/23/10 | J | | |
| 125.  Investments Ltd (includes 126-132) | | | | | | | | | |
| 126.  -Vanguard 500 Idx Inv | E | Dividend | O | T | | | | | |
| 127.  -Vanguard Tax Managed Cap Appreciation Adm | E | Dividend | P1 | T | | | | | |
| 128.  -Vanguard Tlt Int Index | | | | | Sold | 11/29/10 | O | A | |
| 129.  -Vanguard Tlt Int Index Adm | D | Dividend | O | T | Buy | 11/29/10 | O | | |
| 130.  -Vanguard Ltd Term Tax Ex Adm | E | Dividend | P1 | T | | | | | |
| 131.  -Vanguard Ext Mkt Idx Adm | C | Dividend | N | T | | | | | |
| 132.  -Vanguard Total Stk Idx Adm | D | Dividend | O | T | | | | | |
| 133.  Management Ltd (includes 134) | | | | | | | | | |
| 134.  -Vanguard Prime Money Market | A | Dividend | J | T | | | | | |
| 135.  401k-Fidelity | | None | O | T | | | | | |
| 136.  Lexington Corp. Properties Trust (REIT) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M. | 09/21/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. JP Morgan Chase | A | Interest | J | T | | | | | |
| 138. Comerica | A | Interest | O | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M. | 09/21/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

This year we had a very significant number of transactions. I relied on our financial advisor in the implementation, accounting and recording of these transactions.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Barbara M. Lynn**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544